| | |
|---|---|
| 1 | CATHERINE M. CORFEE SBN 155064 |
| 2 | CORFEE STONE LAW CORPORATION |
|   | 6513 Grant Avenue, Carmichael, CA 95608 |
| 3 | Telephone: (916) 812-7322 |
|   | Email: corfee.catherine@gmail.com |

Attorneys for Defendant

El Puesto EG, LLC
dba Rosa Madera Sabores de Mexico
erroneously sued as Defendant Rosa Madera LLC, doing business as Rosa Madera Sabores de Mexico and Defendant El Puesto EG LLC, doing business as El Puesto Cocina and Lounge

RICHARD MAC BRIDE
LAW OFFICES OF RICHARD MAC BRIDE
855 Marina Bay Parkway, Suite 210
Richmond, Ca 94804
Telephone: 415-730-6289
Email: Richardmacbridelaw@gmail.com

Attorney for Plaintiff

Richard Sepulveda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Sepulveda,** | CASE NO. 2:24-cv-03060-WBS-AC |
| Plaintiff, | **STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| **Rosa Madera LLC** | Complaint Filed: November 4, 2024 |
| *Doing business as Rosa Madera Sabores de Mexico* | Senior District Judge: William B. Shubb |
| **El Puesto EG, LLC** | |
| *Doing business as* El Puesto Cocina and Lounge | |
| **Eureka Development Company LLC** | |
| Defendants. | |

# STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiff Richard Sepulveda ("Plaintiff"), and Defendant El Puesto EG, LLC dba Rosa Madera Sabores de Mexico erroneously sued as Defendant Rosa Madera LLC, doing business as Rosa Madera Sabores de Mexico and Defendant El Puesto EG LLC, doing business as El Puesto Cocina and Lounge (collectively "Defendants") jointly stipulate to extend the time for Defendants to respond to the initial complaint by no later than January 28, 2025.

Respectfully Submitted,

Dated: January 10, 2025          CORFEE STONE LAW CORPORATION

By: /s/ *Catherine M. Corfee, esq,*
     Catherine M. Corfee,
     Attorney for Defendants

El Puesto EG, LLC
dba Rosa Madera Sabores de Mexico
erroneously sued as Defendant Rosa Madera
LLC, doing business as Rosa Madera
Sabores de Mexico and Defendant El Puesto
EG LLC, doing business as El Puesto Cocina
and Lounge

Dated: January 10, 2025          Law Offices of Richard Mac Bride

By: */s/ Richard Mac Bride, esq.*
     RICHARD MAC BRIDE
     Attorneys for Plaintiff

Richard Sepulveda

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 10, 2025

By: */s/ Catherine M. Corfee, esq,*
Catherine M. Corfee,
Attorney for Defendants

El Puesto EG, LLC dba Rosa Madera Sabores de Mexico erroneously sued as Defendant Rosa Madera LLC, doing business as Rosa Madera Sabores de Mexico and Defendant El Puesto EG LLC, doing business as El Puesto Cocina and Lounge

Order

In the matter of Sepulveda v. Rosa Madera LLC et al., Case no. 24-3060 WBS-AC, the court having considered the parties' stipulation and request to extend time to respond to initial complaint, against Defendant El Puesto EG, LLC dba Rosa Madera Sabores de Mexico erroneously sued as Defendant Rosa Madera LLC, doing business as Rosa Madera Sabores de Mexico and Defendant El Puesto EG LLC, doing business as El Puesto Cocina and Lounge (collectively "Defendants"). Defendants are granted leave to file a response to the complaint in this case by January 28, 2025.

Dated: January 15, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE