1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Sepulveda,**<br>Plaintiff,<br>    v.<br><br>**Rosa Madera LLC**<br>*Doing business as Rosa Madera Sabores de Mexico*<br>**El Puesto EG, LLC**<br>*Doing business as* El Puesto Cocina and Lounge<br>**Eureka Development Company LLC**<br>    Defendants. | Case No.: 2:24-cv-03060-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

ORDER

Order

In the matter of Sepulveda v. Rosa Madera LLC et al., Case no. 2:24-cv-03060-WBS-AC, the court having considered the parties' stipulation and request to extend time to respond to initial complaint, against Defendant El Puesto EG, LLC dba Rosa Madera Sabores de Mexico erroneously sued as Defendant Rosa Madera LLC, doing business as Rosa Madera Sabores de Mexico and Defendant El Puesto EG LLC, doing business as El Puesto Cocina and Lounge (collectively "Defendants"). Defendants are granted leave to file a response to the complaint in this case by **March 6, 2025**.

The Scheduling Conference is continued to **June 2, 2025 at 1:30 p.m.** A joint status report shall be filed no later than **May 19, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 5, 2024 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: February 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE