1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   RICHARD SEPULVEDA, an            No. 2:24-cv-3060 WBS AC
     individual,
13
                   Plaintiff,
14                                     ORDER
          v.
15
     ROSA MADERA LLC, doing business
16   as Rosa Madera Sabores de
     Mexico; EL PUESTO EG, LLC, doing
17   business as El Puesto Cocina and
     Lounge; and EUREKA DEVELOPMENT
18   COMPANY LLC;

19                 Defendants.

20

21                              ----oo0oo----

22

23           Pursuant to the discussion at the hearing on

24   defendant's motion for reconsideration on June 23, 2025, on or

25   before July 14, 2025, plaintiff shall submit his supplemental

26   declarations in response to defendant's motion to dismiss under

27   Federal Rule of Civil Procedure 12(b)(1) on the ground of

28   mootness.  Defendant may file a reply to plaintiff's supplemental

                                   1

1   declarations on or before July 21, 2025.  The court will then

2   take defendant's motion for reconsideration under submission.

3            IT IS SO ORDERED.

4   Dated:  June 24, 2025

5                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28