RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

          Plaintiff,

Vs.

Rosa Madera LLC, et al.,

          Defendants.

Case Number 24-3060 WBS-AC

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Richard Sepulveda ("Plaintiff"), and Defendants Rosa Madera LLC, El Puesto EG, LLC, and Eureka Development Company LLC (together, "Defendants") by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendants Rosa Madera LLC and El Puesto EG, LLC is Catherine M. Corfee of Corfee Stone Law Corporation; attorney for Defendant Eureka Development Company LLC is Jessica A. Robison of Weintraub Tobin Chediak Coleman Grodin Law Corporation), hereby stipulate as follows:

1. Plaintiff entered into a written Mutual Release and Settlement Agreement with Defendants in this matter whereby Plaintiff deemed resolved all claims as against all Defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all Defendants, all parties to bear their own respective attorneys' fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all Defendants.

1

FP 56934728.1

| | |
|---|---|
| 1 | |
| 2 | Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride |
| 3 | Attorney of record for Plaintiff Richard Sepulveda                              10/27/2025 |
| 4 | Corfee Stone Law Corporation – By: Catherine M. Corfee /s/ Catherine M. Corfee |
| 5 | Attorney of record for Defendant Rosa Madera LLC and El Puesto EG, LLC   10/27/2025 |
| 6 | Weintraub Tobin et al. – By: Jessica A. Robison /s/ Jessica A. Robison |
| 7 | Attorney of record for Defendant Eureka Development Company LLC         10/27/2025 |

## FILER'S ATTESTATION

I hereby attest that on October 27, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Catherine M. Corfee and Jessica A. Robison, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED that the action entitled Sepulveda v. Rosa Madera et al., Case No. 24-3060 WBS-AC, is dismissed with prejudice with respect to all defendants, and all causes of action with respect to them, with each party to bear his/her/its own attorneys' fees and costs.

Dated:  October 29, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

FP 56934728.1